In the Matter of the Application of the CITY OF BUFFALO, Appellant, to Acquire Lands under the Waters of the Buffalo River.

CHARLES E. APPLEBY, as Surviving Trustee of the OGDEN LAND COMPANY, Respondent.

Reported below, 116 App. Div. 555.
(Submitted September 30, 1907; decided October 8, 1907.)

MOTION to dismiss an appeal, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 28, 1906, which reversed an order of Special Term confirming the report of commissioners of appraisal in the above-entitled proceedings.

The motion was made upon the grounds that the order was not appealable; that the notice of appeal was too late and that the application for leave to appeal was not made at the required term.

*O. O. Cottle* for motion.

*Louis E. Desbecker* opposed.

Motion denied, without costs.

---

In the Matter of the Application of the CITY OF BUFFALO, Appellant, to Acquire Lands under the Buffalo River.

CHARLES E. APPLEBY, as Trustee of the OGDEN LAND COMPANY, Respondent.

(Submitted September 30, 1907; decided October 8, 1907.)

Motion for re-argument denied, with ten dollars costs. (See 189 N. Y. 163.)

---

LEON PIZER, Respondent, *v.* GEORGE W. HERZIG, Appellant, Impleaded with Others.

Reported below, 120 App. Div. 102.
(Argued September 30, 1907; decided October 8, 1907.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial depart-